

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00811-CV

Yvonne **SALAZAR-HERNANDEZ** and Tony Hernandez,
Appellants

v.

**CHAMPION HOMES AT MISSION DEL RIO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07914
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: February 10, 2021

DISMISSED FOR WANT OF PROSECUTION

A show cause order was issued notifying appellants that their brief was late and instructing them to file the appellants' brief or a motion for extension of time within ten days, or this appeal would be dismissed for want of prosecution. Appellants failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); 42.3(a), (c). Costs of appeal are taxed against appellants.

PER CURIAM